UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6664

JAMES STRONG,

Plaintiff - Appellant,

versus

JON E. OZMINT, Director, South Carolina
Department of Corrections; GARY MAYNARD, South
Carolina Department of Corrections Official;
ROBERT WARD, South Carolina Department of
Corrections Official; LAURIE F. BESSINGER,
South Carolina Department of Corrections
Official; BERNARD MCKIE, South Carolina
Department of Corrections Official; JAMES
SLEIGH, South Carolina Department of
Corrections Employee; TRACY BAXLY, South
Carolina Department of Corrections Employee;
GENE NOLES, South Carolina Department of
Corrections Employee; NFN MARTIN, South
Carolina Department of Corrections Employee;
NFN ESSTIES, South Carolina Department of
Corrections Employee; MARCELLA MCCOY, South
Carolina Department of Corrections Employee;
ALVIN GRABER, South Carolina Department of
Corrections Employee; ROBERT M. STEWART, South
Carolina State Law Enforcement Division;
ROBERT ESPISITO, South Carolina Department of
Corrections Employee; JOEL MOORE, South
Carolina Department of Corrections Employee;
SAM LATTA, South Carolina Department of
Corrections Employee; ALEX UNDERWOOD,
Corporal, South Carolina Law Enforcement
Division; VAUGHN JACKSON, South Carolina
Department of Corrections Employee; TYRONE
MURRAY, South Carolina Department of
Corrections Employee; SAM DUCKETT, South
Carolina Department of Corrections Employee;
NFN ROBINSON, South Carolina Department of

Corrections Employee; NFN BOULWARE, South
Carolina Department of Corrections; LARRY
BINBOW, South Carolina Department of
Corrections Employee; TEDDY REEVES, South
Carolina Department of Corrections Employee;
SAM PARKER, JR., South Carolina Department of
Corrections Employee; SERGEANT PETERSON, South
Carolina Department of Corrections; JAMES
GLOVER, South Carolina Department of
Corrections Employee; ELLIOT PALLARD, South
Carolina Department of Corrections Employee;
PHILLIP ADAMS, South Carolina Department of
Corrections Employee,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Margaret B. Seymour, District
Judge.  (CA-03-2256)

_____

Submitted:  July 9, 2004                    Decided:  August 11, 2004

_____

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed in part; affirmed in part by unpublished per curiam
opinion.

_____

James Strong, Appellant Pro Se.  Andrew Frederick Lindemann, Barton
J. Vincent, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James R. Strong, who is an inmate in the maximum security unit of Kirkland Correctional Institution in Columbia, South Carolina, initiated a 42 U.S.C. § 1983 (2000) action in which he challenged various conditions of his confinement. In the course of that proceeding, Strong filed the following motions, the denial of which is the subject of this appeal: (1) For declaratory judgment and/or preliminary injunction to prevent defendants from cutting his hair and beard; (2) For a temporary restraining order to restrain the defendants from denying him "incoming publications, periodicals, renewal of subscriptions, religious literature, magazines, books, etc."; and (3) For a preliminary injunction for removal of restraints during outdoor exercise. Those motions, along with several others, were referred to a magistrate judge for a recommendation. The magistrate judge recommended that all of the motions be denied. After considering Strong's objections, the district court adopted the report and recommendation and denied all of Strong's motions, and Strong timely appealed. We dismiss in part and affirm in part.

To the extent that Strong appeals the denial of temporary restraining orders, such orders are generally not appealable. See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976). We therefore dismiss the appeal insofar as Strong is appealing the denial of temporary restraining orders. We review

the denial of preliminary injunctive relief, which is appealable under 28 U.S.C. § 1292(a), for abuse of discretion "only in order to determine 'whether the trial court abused its discretion in finding the presence or absence of irreparable harm and a probability that the plaintiffs would succeed on the merits.'" See Planned Parenthood of Blue Ridge v. Camblos, 155 F.3d 352, 359 (4th Cir. 1998) (en banc). We find no such abuse of discretion in the district court's denial of preliminary injunctive relief. Thus, to the extent that Strong appeals the denial of preliminary injunctive relief, we affirm for the reasons stated by the district court. See Strong v. Ozmint, No. CA-03-2256 (D.S.C. Mar. 23, 2004).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED IN PART; AFFIRMED IN PART

- 4 -